UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEON GREATHOUSE,

                Plaintiff,

-against-

NEW YORK COUNTY DISTRICT ATTORNEY ALVIN L. BRAGG, ESQ., et al.,

                Defendants.

24cv6335 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the December 10, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   December 13, 2024
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge